68

526 A.2d 1179

**COMMONWEALTH of Pennsylvania**

v.

**Harry JOHNSON.**

Supreme Court of Pennsylvania.

May 29, 1987.

ORDER

PER CURIAM:

The Petition for Allowance of Appeal is granted. The issue of the involuntariness of petitioner's statement was not waived and has been considered on the merits. Judgment of Sentence affirmed.